April 25, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

INDIRA S. PATEL, Appellant

NO. 14-12-00809-CV                      V.

PATRICK O'CONNOR & ASSOCIATES, LP, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Patrick O'Connor & Associates, LP, signed, June 15, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, Patrick O'Connor & Associates, LP, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.